No. 44751.—Protests 982027, etc., of S. Stern (New York).

Opinion by TILSON, J.   From the record certain items were found to consist of embroidered trimmings simliar to those involved in Abstract 37213.   The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 44752.—Protests 995451-G, etc., of Dernier, Inc., et al. (New York).

Opinion by TILSON, J.   From an examination of the records and following Abstract 15400 the protests were dismissed.

BEFORE THE THIRD DIVISION, NOVEMBER 18, 1940

No. 44753.—Protest 21876-K of Barker Bros. Silver Co., Inc. (New York).

Opinion by CLINE, J.   No evidence was offered in support of the claim made. The protest was therefore overruled.

BEFORE THE FIRST DIVISION, NOVEMBER 19, 1940

No. 44754.—Protest 13867-K of Ernst Neuhauser (New York).

. Opinion by WALKER, J.   It was stipulated that the merchandise consists of lift vans containing household effects of persons emigrating to the United States. On the authority of Abstract 43642 the claim for free entry was sustained.

No. 44755.—Protest 994310-G of David Birck (New York).

Opinion by WALKER, J.   It was stipulated that the merchandise consists of a lift van similar to that the subject of Abstract 43642.   The claim for free entry was therefore sustained.

No. 44756.—Protests 974226-G, etc., of T. D. Downing Co. (Boston).

Opinion by WALKER, J.   It was stipulated that the merchandise consists of fish liver oils the same as those passed upon in Abstract 42416.   The claim at 10 percent under paragraph 34 was therefore sustained.

No. 44757.—Protest 790276-G of Nippon Trading Co. (New York).

Opinion by WALKER, J.   Novelty brushes stipulated to be the same as those the subject of Abstract 34593 were held dutiable at 50 percent under paragraph 1506 as claimed.